# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| RONNIE LEE McDANIEL,<br><br>                Plaintiff,<br>vs.<br><br>UNITED STATES CENTRAL INTELLIGENCE AGENCY,<br><br>                Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br>Case No. 2:09CV504 DAK |

On May 24, 2010, the Magistrate Judge who was assigned to this matter issued a Report and Recommendation, recommending that the Complaint be dismissed because Plaintiff had failed to respond to a previous Order to Show Cause. The Report and Recommendation was mailed to Plaintiff, providing him with a time period to file an Objection.

The Report and Recommendation, however, was returned as undeliverable on June 10, 2010. Because Plaintiff has failed to provide the court with an updated address, his time for objecting the Report and Recommendation has now expired.

The court has reviewed the file *de novo* and agrees with the Magistrate's Report and Recommendation. Accordingly, the court hereby APPROVES AND ADOPTS the Magistrate Judge's Report and Recommendation in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED for failure to respond to the court's Order to Show Cause, failure to prosecute, and failure to keep the court apprised of his address. The Clerk of the Court is directed to close this case.

DATED this 18th day of June, 2010.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge